**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6170

ALVIN O. WASHINGTON,

Plaintiff - Appellant,

versus

STERLING PROFFITTS; STACY GRAHAM, Captain;
DONALD E. WRIGHT, Sgt.; TONY GRYMES, Officer;
VAUGHN SHULER, Lt.; MARY GRAVES, Grievance
Coordinator; APRIL RYDOR, Nurse; OFFICER
ROCHEFORT; LT. DYER; OFFICER HALL, Sgt.;
OFFICER GRAY, Sgt.; OFFICER BRYANT; BOBBY
HARDISON, C.O.; JEFF LLOYD, Officer; BRAD
DARNELL, Hearing Officer; OFFICER GOOCHSGN;
OFFICER DINGUS; K. JONES, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:04-cv-00671-sgw)

Submitted: April 27, 2006                   Decided: May 8, 2006

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alvin O. Washington, Appellant Pro Se.  Helen Eckert Phillips,
Standardsville, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alvin O. Washington appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Washington v. Proffitts, No. 7:04-cv-00671-sgw (W.D. Va. Jan. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED